# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

138860

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MARK FENTON,
             Plaintiff-Appellee,

v

SC: 138860
COA: 279673
Wayne CC: 06-626263-NF

FARM BUREAU GENERAL INSURANCE
COMPANY,
             Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 31, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

Clerk

p0720